CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Plaintiff, Super 8 Worldwide, Inc. f/k/a Super 8 Motels, Inc.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC., a South Dakota Corporation, f/k/a SUPER 8 MOTELS, INC., <br><br> Plaintiff, <br><br> v. <br><br> 5811 49TH AVE, LLC, a California Limited Liability Company; and JOHN DIGUISEPPE, an individual, <br><br> Defendants. | Civil Action No. 09-4535 <br><br> **CONSENT ORDER EXTENDING TIME TO ANSWER** |

This matter having been opened to the Court by Connell Foley LLP, attorneys for plaintiff Super 8 Worldwide, Inc. ("SWI"), and by defendants, 5811 49th Ave, LLC and John DiGuiseppe (collectively "Defendants"), and the respective parties herein having consented to extending the time for Defendants to Answer or otherwise respond to the Complaint; and for good cause shown;

**IT IS** on this the ___16th___ day of November 2009;

**ORDERED** that Defendants shall serve and file an Answer or otherwise respond to the Complaint on or before December 28, 2009.

_____
THE HONORABLE ESTHER SALAS, U.S.M.J.

SWI 11082/079214

2237772-01

We hereby consent to the form
and substance of this Order:

CONNELL FOLEY LLP

By: _____
Jeffrey L. O'Hara
Attorneys for Plaintiff,
Super 8 Worldwide, Inc., f/k/a Super 8 Motels, Inc.

5811 49th Ave, LLC

By: _____
Title: _____

John DiGuiseppe

By: _____

2

2237772-01

Nov 10 09 10:07a    JohnGlen    8184292188    p.2